UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH GILBERTI, JR., P.E. an
Individual and Licensed
Professional Engineer

        Plaintiff,

v.                                                   Case No: 2:21-cv-319-SPC-MRM

CENTER DISEASE CONTROL
CDC, WORLD HEALTH
ORGAZINATION-PAN AMERICAN
HEALTH ORGANIZATION, RICK
SCOTT, DEPARTMENT OF
JUSTICE, UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA, US
MIDDLE DISTRICT COURT OF
FLORIDA, US DISTRICT COURT
OF APPEALS 11TH CIRCUIT,
THIRTHTEENTH JUDICIAL
CIRCUIT COURT OF FLORIDA,
TWELFTH JUDICIAL CIRCUIT
COURT OF FLORIDA, SARASOTA
CLERK OF COURT,
SEVENTEENTH JUDICIAL
CIRCUIT COURT OF FLORIDA,
SECOND DISTRICT COURT OF
APPEALS OF FLORIDA, FLORIDA
DEPARTMENT OF LAW
ENFORCEMENT, FLORIDA
DEPARTMENT OF HEALTH,
FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
DEPARTMENT OF EDUCATION,
PARKLAND HIGH SCHOOL,
BROWARD COUNTY SCHOOL
BOARD, MARK OBER, PAM

BONDI, ASHLEY MOODY,
HILLSBOROUGH COUNTY STATE
ATTORNEY'S OFFICE, FLORIDA
BOARD OF ENGINEERS,
BROWARD COUNTY STATE
ATTORNEY'S OFFICE,
CHRISTOPHER SHAW,
HILLSBOROUGH COUNTY
PUBLIC DEFENDER OFFICE,
DEPARTMENT OF CORRECTIONS
and 72 PARTNERS, LLC,

      Defendants.
_____/

## **ORDER**[1]

Before the Court is a sua sponte review of pro se Plaintiff Joseph Gilberti, Jr.'s Complaint that the United States District Court for the Central District of California recently transferred. (Doc. 1). About seven months ago, Plaintiff sued several federal and state agencies, courts, and officials for RICO, civil rights, and other violations. The Complaint is largely indecipherable and nonsensical. But, as best the Court can tell, Plaintiff alleges Defendants have conspired against him to steal a valuable underground resource on his property

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

in Sarasota County, Florida with medicinal, energy, and water supply benefits.[2] (Doc. 1 at 2-3, 7).

Under Local Rule 1.04(b), "A party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced. The judge must transfer the action to the division most consistent with the purpose of this rule."  This case's only link to the Fort Myers Division is Plaintiff living in Lee County. (Doc. 1 at 9). But this case is all about a resource in Sarasota County. And Plaintiff sues various businesses and local government entities, which fall within the Tampa Division. (Doc. 1 at 10-11). This case is thus most directly connected to and conveniently advanced in the Tampa Division.

Accordingly, it is now **ORDERED:**

The Clerk is **DIRECTED** to **transfer** this case to the Court's **Tampa Division** and **close** the Fort Myers case file.

**DONE** and **ORDERED** in Fort Myers, Florida on April 21, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] Plaintiff filed a similar case related to his underground resource that a Tampa federal judge dismissed for lack of subject matter jurisdiction. *Gilberti v. Adrurra Group, Inc.*, No. 8:19-cv-2012-VMC-AAS. The Eleventh Circuit later affirmed the dismissal. And this suit followed five months later in a federal court across the country.